**JS PRODUCTS, INC., Plaintiff–Appellant,**

v.

**STANDLEY LAW GROUP, LLP, Defendant–Appellee.**

No. 2011–1014.

United States Court of Appeals, Federal Circuit.

June 10, 2011.

David A. Stall, Law Offices of David A. Stall, of Irvine, CA, argued for plaintiff-appellant.

Gregory D. Brunton, Reminger Co., L.P.A., Columbus, OH, argued for defendant-appellee. With him on the brief were Paul N. Garinger; and Alan B. Parker, of Cleveland, OH.

RADER, Chief Judge, LINN and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**